IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN ANDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-3120 |
| | : | |
| PATRIOT PARKING, INC. | : | |

## **ORDER**

AND NOW, this 10th day of January, 2018, it having been reported the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is ORDERED the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.